# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 99 | **DATE** | 2/16/2006 |
| **CASE TITLE** | George Walker vs. Robert Shaw Controls Company | | |

**DOCKET ENTRY TEXT**

Defendant Robert Shaw Control's motion of dismiss of 2/9/06 [11] is granted.  Counts Two, Five and Six of the complaint are dismissed with prejudice.  The punitive damages claim is dismissed without prejudice.  Case is set for a report on status on 4/18/06 at 9:00am.

Notices mailed

| | Courtroom Deputy Initials: | cbr |
|---|---|---|